JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-0129JLR |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED EMERGENCY MOTION FOR TEMPORARY RELEASE |
| COLE RILEY PEHLING, | |
| Defendant. | |

This matter comes before the court on Cole Pehling's unopposed emergency motion for temporary release to attend a memorial service for his father on September 30, 2017. The court has considered the motion and all the records in this case.

IT IS NOW ORDERED that Mr. Pehling be released from detention at FDC SeaTac to the supervision of his mother, Theresa Porter, on September 30, 2017, at 11:00 a.m. Ms. Porter will transport Mr. Pehling exclusively to his grandmother's home in Tulalip, Washington, and will supervise him during the duration of his release. Ms. Porter will return Mr. Pehling to the FDC at or before 6:00 p.m. on that same day, where he will self-report and return to custody.

DATED this 22nd day of September, 2017.

_____
JAMES L. ROBART
United States District Judge

Presented by:

s/ *Corey Endo*
Assistant Federal Public Defender
Attorney for Cole Pehling

ORDER FOR TEMPORARY RELEASE
(*United States v. Pehling*, CR17-129) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**